

Thursday, February 5, 2015

No. 14–0784/NA.  U.S. v. Anthony L. Evans.  CCA 201300174.  Appellant's motion for leave to file the supplement to the petition for grant of review out of time is granted.

No. 15–0029/AR.  U.S. v. Levi A. Keefauver.  CCA 20121026.  Appellee's motion to file a supplemental joint appendix is granted.

No. 15–0353/NA.  U.S. v. Jason J. Carchio.  CCA 201400117.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted up to February 24, 2015.